UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
BRUCE BZURA,

                              Plaintiff,        Civil Action No. 16-cv-9476

         -against-                   **DECLARATION**
                                                               **OF ROBERT MOSS**
ROBERT MOSS and WENDY MOSS,

                              Defendants.
-------------------------------------------------------------X

       ROBERT MOSS declares the following pursuant to 28 U.S.C. § 1746:

       1.     I am one of the defendants in the above-captioned action, and, as such, I am fully familiar with the facts and circumstances set forth herein.

       2.     I submit this Declaration in support of my and Defendant Wendy Moss's ("Wendy") motion to dismiss Plaintiff Bruce Bzura's ("Plaintiff") Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

       3.     I understand that Plaintiff's commencement of this action against Wendy and me in the State of New Jersey is improper, as Wendy and I do not have any contacts with the state that would warrant jurisdiction over us.

       4.     I have resided in the State of New York virtually my entire life, and it is where I am presently domiciled.

       5.     I have never resided in New Jersey, and I have no intention of doing so. Nor do I work in New Jersey.

       6.     The locations Plaintiff mentions in his Complaint – the rehearsal dinner at the Blue Water Grill and the wedding reception at the Pierre Hotel – are both located in New York City.

7. I never once entered the State of New Jersey to discuss with Plaintiff, or any other person for that matter, any alleged payment or cost for the reception for the wedding of my son, Bradley, to Plaintiff's daughter, Amy.

8. Nor did I ever enter the State of New Jersey at any point between the time of the rehearsal dinner at the Blue Water Grill in New York on October 28, 2016 and the time of the wedding scheduled for the following day on October 29, 2016 at the Pierre Hotel in New York.

WHEREFORE, I respectfully request that Wendy's and my motion to dismiss be in all respects granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
December 21, 2016

_____
ROBERT MOSS

2

1154904