UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
BRUCE BZURA,

                          Plaintiff,

       -against-                      Civil Action No. 16-cv-9476

ROBERT MOSS and WENDY MOSS,

                          Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NASSAU    )

       THERESA WEINSTEIN, being duly sworn, deposes and says:

1. I am not a party to the above-captioned action.

2. I am over eighteen years of age.

3. I reside in Nassau County, New York.

4. On December 28, 2016, I served the within Notice of Motion (dated December 27, 2016), Declaration of Michael J. Antongiovanni (dated December 21, 2016), Declaration of Robert Moss (dated December 21, 2016), Declaration of Wendy Moss (dated December 21, 2016), proposed Order, and Defendants' Memorandum of Law in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) (dated December 27, 2016) upon:

                        David C. Roberts, Esq.
                        Norris McLaughlin & Marcus, P.A.
                        721 Route 202/206, Suite 200
                        P.O. Box 5933
                        Bridgewater, New Jersey 08807

by enclosing a true and correct copy of same in a post-paid wrapper addressed to said Plaintiff's counsel at the addresses set forth above, said address being that designated by said Plaintiff's counsel for that purpose, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
THERESA WEINSTEIN

Sworn to before me this 28th
day of December, 2016

_____ (Post)
Notary Public

BARBARA DELBANGO (Post)
Notary Public, State of New York
Reg. #01DE6147291
Qualified in Nassau County
My Commission Expires May 30, 20 18

2

1156360v.1