UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE BZURA,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT MOSS and WENDY MOSS,<br><br>      Defendants. | No. 16-CV-9476-FLW-DEA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, as follows:

1. The above-captioned action ("Action") and all claims herein are voluntarily dismissed, without prejudice, by Plaintiff against Defendants Robert Moss and Wendy Moss (jointly, "Defendants"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

2. The undersigned counsel for the Defendants will accept service of a summons and complaint in a newly initiated action that Plaintiff Bruce Bzura may subsequently initiate in the United States District Court, Southern or Eastern District of New York, against Defendants related to the subject matter of this Action. The acceptance by Defendants' counsel of service of such summons and complaint will be without waiver of any rights or defenses that Defendants may have with respect to such subsequent action.

2

3. This stipulation may be signed in counterpart, and facsimile or electronic signatures of this stipulation shall be deemed originals hereof.

| | |
|---|---|
| Dated: New York, New York<br>January 26, 2017 | Dated: Garden City, New York<br>January 26, 2017 |
| NORRIS McLAUGHLIN & MARCUS, P.A. | MEYER SOUZZI ENGLISH & KLEIN PC |
| By: _/s/ Melissa A. Peña_<br>David C. Roberts<br>Melissa A. Peña<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ   08876-1018<br>(908) 722-0700<br>*Attorneys for Plaintiff* | By: _/s/ Michael J. Antongiovanni_<br>Michael J. Antongiovanni<br>990 Stewart Avenue<br>Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530<br>*Attorneys for Defendants* |

1161222